Elliot Gale (Bar #263326)
egale@gajplaw.com
Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiff
Nasser Elsalhi

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| NASSER ELSALHI<br><br>    Plaintiff,<br><br>    v.<br><br>SYNCHRONY BANK<br><br><br><br>    Defendant. | Case No.: 2:19-cv-02261-WBS-CKD<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT SYNCHRONY BANK |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   **PLEASE TAKE NOTICE THAT** plaintiff Nasser Elsalhi and defendant Synchrony Bank have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.  Plaintiff anticipates filing a dismissal of Synchrony Bank within 21 days once the settlement is finalized.

Dated:   February 11, 2020

                                                            **Gale, Angelo, Johnson, & Pruett, P.C.**
                                                            /s/ *Joe Angelo*
                                                            Joe Angelo
                                                            Attorney for Plaintiff