REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NASSER ELSALHI,<br><br>Plaintiff,<br><br>vs.<br><br>SYNCHRONY BANK<br><br>Defendant. | Case No.: 2:19-CV-02261WBSCKD<br><br>**ORDER APPROVING CORRECTED STIPULATION TO CONTINUE THE MARCH 16, 2020 SCHEDULING CONFERENCE TO MAY 11, 2020** |

Upon consideration of the Corrected Stipulation To Continue the March 16, 2020 Scheduling Conference to May 11, 2020, submitted by Plaintiff Nasser Elsalhi ("Plaintiff") and Defendant Synchrony Bank ("Synchrony") (collectively the "Parties"), and all other matters presented in connection therewith, the Court orders as follows:

**IT IS HEREBY ORDERED** that the Stipulation is **APPROVED**.

**IT IS FURTHER ORDERED** that the Scheduling Conference previously scheduled for March 16, 2016 is continued to **May 11, 2020 at 1:30 p.m.** A joint status report shall be filed no later than **April 27, 2020** if settlement has not been finalized.

Dated: March 12, 2020

_____

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

– 1 –

[PROPOSED] ORDER APPROVING CORRECTED STIPULATION TO CONTINUE THE MARCH 16, 2020 SCHEDULING CONFERENCE TO MAY 11, 2020