1  Joe Angelo (Bar No. 268542)
   jangelo@gajplaw.com
2  Gale, Angelo, Johnson, & Pruett, P.C.
   1430 Blue Oaks Blvd., Ste. 250
3  Roseville, California 95747
   Telephone: 916-290-7778
4  Facsimile: 916-721-2767

5  Attorneys for Plaintiff
   Nasser Elsalhi
6

7              UNITED STATES DISTRICT COURT

8         EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

9

10 | NASSER ELSALHI                | Case No.: 2:19-cv-02261-WBS-CKD
11 |        Plaintiff,             |
12 |   vs.                         | **STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE OF DEFENDANT SYNCHRONY BANK**
13 | SYNCHRONY BANK                |
14 |        Defendant.             |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between Plaintiff Nasser Elsalhi and Defendant Synchrony Bank, that Synchrony Bank be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

DATED:  April 7, 2020              **Gale, Angelo, Johnson, & Pruett, P.C.**

By:      */s/ Joe Angelo*
Joe Angelo
Attorneys for Plaintiff
Nasser Elsalhi

DATED:  April 7, 2020              **Reed Smith LLP**

By:      */s/ Steven Warner*
Steven Warner
Attorneys for Defendant
Synchrony Bank