Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-290-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Nasser Elsalhi

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| NASSER ELSALHI,<br><br>      Plaintiff,<br><br>vs.<br><br>SYNCHRONY BANK<br>      Defendant. | Case No.: 2:19-cv-02261-WBS-CKD<br><br>**ORDER** |

Pursuant to the stipulation of the Parties, Synchrony Bank is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: April 7, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE